UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

01-10466
Summary Calendar

_____


DONALD CARTER, JR; DONALD ARTIS

                              Plaintiffs - Appellants

                    v.

AURELIO CASTILLO, Constable and Individually and
in his Official Capacity, DALLAS COUNTY, TEXAS

                              Defendants

DALLAS COUNTY, TEXAS

                              Defendant-Appellee

_____

Appeal from the United States District Court
for the Northern District of Texas
3:99-CV-47-X
_____
December 14, 2001

Before DAVIS, BENAVIDES and STEWART, Circuit Judges.

PER CURIAM:[*]

     Donald Carter, Jr. and Donald Artis, Deputy Constables in

Dallas County, Texas, brought suit in the district court alleging

(1) racial discrimination and retaliation in violation of Title VII

_____

     [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

of the Civil Rights Act of 1964; (2) retaliation in violation of their First Amendment rights; (3) violation of the Texas Whistleblower Act; and (4) a state law claim of intentional infliction of emotional distress. In a well-reasoned and thorough opinion, the district court granted summary judgment disposing of all claims against the defendant-appellee, Constable Aurelio Castillo and defendant-appellee Dallas County, Texas. Since filing their appeal, the appellants have dismissed their appeal against Constable Castillo and their appeal now concerns only Dallas County, Texas.

Appellants' brief is indeed brief and sparse. Even when liberally construed, it complains only of the district court rulings on their Title VII racial discrimination claims. All other claims are not briefed and therefore not properly before us for review. With respect to the Title VII discrimination claims, we find no error in the district court rulings. We affirm for the reasons set out in the Memorandum Opinion and Order of the district court dated February 7, 2001.

AFFIRMED